UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

| | |
|---|---|
| UNITED STATES, )<br>   )<br>Plaintiff, )<br>   )<br>v. )<br>   )<br>LAWRENCE BIVONA, )<br>   )<br>Defendant. )<br>   ) | Court No. 24-00196 |

**<u>SUMMONS</u>**

TO: The Above-Named Defendant:

You are hereby summoned and required to serve upon plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

<u>/s/ *Mario Toscano*</u>
Clerk of the Court

DANIEL A. HOFFMAN
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0547
Email: daniel.a.hoffman@usdoj.gov

<u>s/ Daniel A. Hoffman</u>
Signature of Plaintiff's Attorney

October 24, 2024