| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Importer of Record (IOR): | | | LaJobi, Inc. | | | | | | | | | | |
| IOR Number: | | | 26-204154000 | | | | | | | | | | |
| Appraising Official: | | | /s/ Arash Enshaee, Import Specialst CST203 | | | | | | | | | | |
| Supervisory Import Specialist: | | | /s/ Gary Melofchik, Branch Chief TOB2 | | | | | | | | | | |
| These are the entries that fall after 12/23/08 | | | | | | | | | | | | | |

| Entry Type | Entry Date | Entry # | Lines | Invoice # | Mdse Subject to ADD | Entered Value (Declared) | Commercial Invoice From | ADD Rate Applied @ Time of Entry | ADD Collected @ Time of Entry [ADD Paid] | Actual Manufacturer | Correct ADD Rate | Total ADD Due | Domestic Value | Actual LOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duty was not applied at the time of entry. Duty should have been 216.01%. | | | | | | | | | | | | | | |
| 01 | 11/16/2009 | 322-01543505 | 20 | OS2009057 | BRD | $ 35,475 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $76,629.55 | $156,946.37 | $76,629.55 |
| 01 | 12/1/2009 | 322-01637497 | 8 | OS2009061 | BRD | $ 57,471 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $124,143.11 | $254,259.75 | $124,143.11 |
| 01 | 12/7/2009 | 322-01675166 | 2 | OS2009063 | BRD | $ 15,048 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $32,505.18 | $66,574.46 | $32,505.18 |
| 01 | 1/17/2010 | 322-01895871 | 1 | OS2009070 | BRD | $ 37,620 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $81,262.96 | $166,436.15 | $81,262.96 |
| 01 | 1/5/2010 | 322-01832080 | 3 | OS2009066 | BRD, Christon 4D and BRD Drawer Parts | $ 28,408 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $61,364.12 | $125,680.97 | $61,364.12 |
| 01 | 2/1/2010 | 322-01987397 | 2 | OS2010002 | BRD | $ 22,143 | Qingdao Hongyang Wooden | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $47,831.09 | $97,963.73 | $47,831.09 |
| 01 | 2/8/2010 | 322-02030395 | 1 | OS2010004 | BRD | $ 37,620 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $81,262.96 | $166,436.15 | $81,262.96 |
| 01 | 2/8/2010 | 322-02030544 | 1 | OS2010005 | BRD | $ 7,524 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $16,252.59 | $33,287.23 | $16,252.59 |
| 01 | 2/9/2010 | 322-02031633 | 4 | OS2009074 | BRD & Various Parts, and Christon 4D | $ 65,796 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $142,125.94 | $291,090.72 | $142,125.94 |
| 01 | 2/16/2010 | 322-02078733 | 1 | OS2010007 | BRD | $ 35,475 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $76,629.55 | $156,946.37 | $76,629.55 |
| 01 | 2/23/2010 | 322-02115923 | 1 | OS2010008 | BRD | $ 30,096 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $65,010.37 | $133,148.92 | $65,010.37 |
| 01 | 4/19/2010 | M96-20941812 | 1 | LJ2010006S | Headboards | $ 700 | Qingdao Hongshen Wooden Co Ltd | 0.00% | $0.00 | Qingdao Hongshen Wooden Co Ltd | 216.01% | $1,512.07 | $3,096.90 | $1,512.07 |
| 01 | 7/16/2010 | N05-02658532 | 1 | OS2010045 | BRD | $ 4,623 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $9,986.14 | $20,452.80 | $9,986.14 |
| 01 | 7/16/2010 | N05-02658532 | 1 | SQ2010-011 | Portland 4D, 5D and Combo | $ 3,222 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Shengquan Wooden Co | 216.01% | $6,959.84 | $14,254.58 | $6,959.84 |
| 01 | 8/11/2010 | N05-02671493 | 1 | OS2010055 | BRD | $ 37,620 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $81,262.96 | $166,436.15 | $81,262.96 |
| 01 | 9/10/2010 | N05-02684405 | 1 | SQ2010-009 | Portland 5D and Combo | $ 73,254 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Shengquan Wooden Co | 216.01% | $158,235.97 | $324,085.95 | $158,235.97 |
| 01 | 9/10/2010 | N05-02686848 | 1 | OS2010067 | BRD | $ 40,037 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $86,483.92 | $177,129.29 | $86,483.92 |
| 01 | 9/10/2010 | N05-02686863 | 1 | OS2010068 | BRD and Parts (Wooden Drawer Panels) | $ 47,641 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $102,909.32 | $210,770.45 | $102,909.32 |
| 01 | 9/20/2010 | N05-02690956 | 1 | OS2010069 | BRD | $ 32,029 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $69,185.84 | $141,700.78 | $69,185.84 |
| Merchandise was entered with lower duty rate of either 0% or 7.24% when it should have been 216.01%. | | | | | | | | | | | | | | |
| 03 | 1/2/2009 | 322-38348554 | 4 | OS2008041 | Kimberly 5D, Armoire and Combo | $ 32,291 | China Rizhao Sanmu Woodworking | 7.24% | $2,337.87 | Hongyang Wooden Co (D&J Group) | 216.01% | $69,751.79 | $142,859.90 | $67,413.92 |
| 03 | 1/5/2009 | 322-38707551 | 2 | OS2008043 | Kimberly Combo, Armoire and 5D & Kimberly Case Parts | $ 48,741 | China Rizhao Sanmu Woodworking | 7.24% | $3,528.85 | Hongyang Wooden Co (D&J Group) | 216.01% | $105,285.43 | $215,637.01 | $101,756.58 |
| 03 | 1/5/2009 | 322-38669553 | 2 | OS2008042 | Kimberly Combo, Armoire and 5D & Kendal 4D | $ 51,251 | China Rizhao Sanmu Woodworking | 7.24% | $5,511.96 | Hongyang Wooden Co (D&J Group) | 216.01% | $110,707.29 | $226,741.60 | $105,195.33 |
| 03 | 1/10/2009 | 322-40259559 | 3 | OS2008044 | Kimberly Combo, Armoire, 5D & Kimberly Case Parts & Kendal 4D | $ 28,067 | China Rizhao Sanmu Woodworking | 7.24% | $2,032.05 | Hongyang Wooden Co (D&J Group) | 216.01% | $60,627.53 | $124,172.34 | $58,595.48 |
| 03 | 1/19/2009 | 322-42617556 | 2 | OS2008045 | Kendal 4D & Kimberly Combo | $ 36,386 | China Rizhao Sanmu Woodworking | 7.24% | $2,634.35 | Hongyang Wooden Co (D&J Group) | 216.01% | $78,597.40 | $160,976.76 | $75,963.05 |
| 03 | 2/9/2009 | 322-48160551 | 3 | OS2008047 | Kimberly 5D and Combo & Various Parts (Kendal) | $ 35,544 | China Rizhao Sanmu Woodworking | 7.24% | $2,573.39 | Hongyang Wooden Co (D&J Group) | 216.01% | $76,778.59 | $157,251.63 | $74,205.20 |
| 03 | 2/17/2009 | 322-51418557 | 2 | OS2008046 | Kimberly 5D, Armoire and Combo | $ 83,105 | China Rizhao Sanmu Woodworking | 7.24% | $6,016.80 | Hongyang Wooden Co (D&J Group) | 216.01% | $179,515.11 | $367,668.15 | $173,498.31 |
| 03 | 2/19/2009 | 322-52135556 | 3 | OS2009001 | Kimberly 5D and Armoire & Kendal 4D | $ 24,825 | China Rizhao Sanmu Woodworking | 7.24% | $1,797.33 | Hongyang Wooden Co (D&J Group) | 216.01% | $53,624.48 | $109,829.28 | $51,827.15 |
| 03 | 5/4/2009 | 322-00370678 | 4 | OS2009009 | Kimberly 5D, Combo, Armoire and Various Parts & Kendal 4D & BRD | $ 155,612 | Dongying Huanghekou Furniture Industry | 7.24% | $11,261.96 | Hongyang Wooden Co (D&J Group) | 216.01% | $336,137.48 | $688,449.27 | $324,875.52 |
| 03 | 5/9/2009 | 322-00399735 | 3 | OS2009014 | Kimberly 5D and Combo | $ 23,305 | Dongying Huanghekou Furniture Industry | 7.24% | $1,687.28 | Hongyang Wooden Co (D&J Group) | 216.01% | $50,341.13 | $103,104.58 | $48,653.85 |
| 03 | 6/6/2009 | 322-00548638 | 2 | OS2009022 | Kimberly 5D, Armoire and Combo | $ 27,670 | Dongying Huanghekou Furniture Industry | 7.24% | $2,003.31 | Hongyang Wooden Co (D&J Group) | 216.01% | $59,769.97 | $122,415.95 | $57,766.66 |
| 03 | 6/16/2009 | 322-00619421 | 4 | OS2009024 | Kimberly Armoire and Combo | $ 74,335 | Dongying Huanghekou Furniture Industry | 7.24% | $5,380.04 | Hongyang Wooden Co (D&J Group) | 216.01% | $160,571.03 | $328,868.45 | $155,190.99 |
| 03 | 8/11/2009 | 322-00956534 | 4 | OS2009038 | Kimberly 5D and Combo | $ 34,252 | Dongying Huanghekou Furniture Industry | 7.24% | $2,479.84 | Hongyang Wooden Co (D&J Group) | 216.01% | $73,987.75 | $151,535.64 | $71,507.91 |
| 03 | 9/14/2009 | 322-01158270 | 3 | OS2009047 | Kimberly 5D and Combo | $ 130,077 | Dongying Huanghekou Furniture Industry | 7.24% | $9,526.90 | Hongyang Wooden Co (D&J Group) | 216.01% | $280,979.33 | $575,478.86 | $271,452.43 |
| 03 | 2/23/2010 | 322-02122184 | 2 | SQ2010-002-1 | Portland 5D and Combo | $ 24,147 | Dongying Huanghekou Furniture Industry | 7.24% | $1,748.24 | Shengquan Wooden Co | 216.01% | $52,159.93 | $106,829.71 | $50,411.69 |
| 03 | 3/2/2010 | 322-02162057 | 1 | SQ2010-002-2 | Portland 5D and Combo | $ 24,448 | Dongying Huanghekou Furniture Industry | 7.24% | $1,770.04 | Shengquan Wooden Co | 216.01% | $52,810.12 | $108,161.37 | $51,040.08 |
| 03 | 3/10/2010 | 322-02214296 | 2 | SQ2010-002-3 | Portland 5D and Combo | $ 24,420 | Dongying Huanghekou Furniture Industry | 7.24% | $1,768.01 | Shengquan Wooden Co | 216.01% | $52,749.64 | $108,037.50 | $50,981.63 |
| 03 | 3/10/2010 | 322-02214296 | 2 | SQ2010-002-4 | Portland 5D, Combo and Parts | $ 29,724 | Dongying Huanghekou Furniture Industry | 0.00% | $0.00 | Shengquan Wooden Co | 216.01% | $64,206.81 | $131,503.14 | $64,206.81 |
| 03 | 4/20/2010 | M96-20937521 | 2 | OS2010018 | BRD | $ 30,096 | Dongying Huanghekou Furniture Industry | 7.24% | $7,203.73 | Hongyang Wooden Co (D&J Group) | 216.01% | $65,010.37 | $133,148.92 | $57,806.64 |
| 03 | 5/14/2010 | ACN-30171324 | 1 | SQ2010-004 | Portland 5D and Combo | $ 24,464 | Dongying Huanghekou Furniture Industry | 7.24% | $1,771.19 | Shengquan Wooden Co | 216.01% | $52,844.69 | $108,232.16 | $51,073.50 |
| 03 | 5/18/2010 | ACN-30171969 | 2 | OS2010022 | BRD | $ 37,257 | Dongying Huanghekou Furniture Industry | 7.24% | $8,961.82 | Hongyang Wooden Co (D&J Group) | 216.01% | $80,478.85 | $164,830.18 | $71,517.03 |
| 03 | 5/18/2010 | ACN-30171977 | 1 | SQ2010-005 | Portland 5D and Combo | $ 74,491 | Dongying Huanghekou Furniture Industry | 7.24% | $5,330.74 | Shengquan Wooden Co | 216.01% | $160,908.01 | $329,558.61 | $155,577.27 |
| 03 | 6/7/2010 | ACN-30179921 | 2 | SQ2010-006-1 | Portland 5D and Parts (Wooden Drawer Panels) | $ 25,888 | Dongying Huanghekou Furniture Industry | 7.24% | $1,874.30 | Shengquan Wooden Co | 216.01% | $55,920.67 | $114,532.14 | $54,046.37 |
| 03 | 6/16/2010 | ACN-30183725 | 1 | SQ2010-006-2 | Portland Combo | $ 23,403 | Dongying Huanghekou Furniture Industry | 7.24% | $1,694.38 | Shengquan Wooden Co | 216.01% | $50,552.82 | $103,538.15 | $48,858.44 |
| 03 | 6/26/2010 | M96-20956604 | 2 | OS2010043 | BRD | $ 15,798 | Dongying Huanghekou Furniture Industry | 7.24% | $1,143.78 | Hongyang Wooden Co (D&J Group) | 216.01% | $34,125.26 | $69,892.56 | $32,981.48 |
| 03 | 6/26/2010 | M96-20956596 | 2 | OS2010041 | BRD | $ 15,798 | Dongying Huanghekou Furniture Industry | 7.24% | $1,143.78 | Hongyang Wooden Co (D&J Group) | 216.01% | $34,125.26 | $69,892.56 | $32,981.48 |
| 03 | 6/28/2010 | M96-20957529 | 2 | OS2010042 | BRD | $ 39,130 | Dongying Huanghekou Furniture Industry | 7.24% | $2,833.01 | Hongyang Wooden Co (D&J Group) | 216.01% | $84,524.71 | $173,116.60 | $81,691.70 |
| 03 | 7/11/2010 | M96-20959806 | 1 | SQ2010-010 | Portland 5D and Combo | $ 49,710 | Dongying Huanghekou Furniture Industry | 7.24% | $3,599.00 | Shengquan Wooden Co | 216.01% | $107,378.57 | $219,924.00 | $103,779.57 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 8/19/2010 | N05-02675171 | 1 | OS2010054 | BRD and Portland 4D | $ 23,766 | Dongying Huanghekou Furniture Industry | 7.24% | $10,558.74 | Hongyang Wooden Co (D&J Group) | 216.01% | $51,336.94 | $105,144.11 | $40,778.20 |
| 03 | 9/27/2010 | N05-02693406 | 1 | SQ2010-014 | Portland 5D | $ 25,849 | Dongying Huanghekou Furniture Industry | 7.24% | $1,871.47 | Shengquan Wooden Co | 216.01% | $55,836.42 | $114,359.59 | $53,964.95 |
| 03 | 9/27/2010 | N05-02693331 | 1 | SQ2010-015 | Portland 4D and Combo | $ 194,133 | Dongying Huanghekou Furniture Industry | 7.24% | $14,055.23 | Shengquan Wooden Co | 216.01% | $419,346.69 | $858,871.57 | $405,291.46 |
| 03 | 10/6/2010 | N05-02699627 | 1 | SQ2010-017 | Portland 4D | $ 115,929 | Dongying Huanghekou Furniture Industry | 7.24% | $8,393.26 | Shengquan Wooden Co | 216.01% | $250,418.23 | $512,886.13 | $242,024.97 |
| 03 | 10/8/2010 | N05-02698496 | 1 | SQ2010-016 | Portland 4D | $ 23,549 | Dongying Huanghekou Furniture Industry | 7.24% | $1,704.95 | Shengquan Wooden Co | 216.01% | $50,868.19 | $104,184.07 | $49,163.24 |
| 03 | 10/20/2010 | N05-02705911 | 1 | SQ2010-018 | Portland 4D | $ 46,158 | Dongying Huanghekou Furniture Industry | 7.24% | $3,341.84 | Shengquan Wooden Co | 216.01% | $99,705.90 | $204,209.45 | $96,364.06 |
| 03 | 11/7/2010 | 322-03761071 | 2 | OS2010081 | BRD Deluxe (4D, 1 BX Version) and BRD | $ 39,070 | Dongying Huanghekou Furniture Industry | 7.24% | $4,232.14 | Hongyang Wooden Co (D&J Group) | 216.01% | $84,395.11 | $172,851.15 | $80,162.97 |
| 03 | 11/9/2010 | 322-03763002 | 2 | OS2010080 | BRD Deluxe (4D, 1 BX Version) and Various BRD Parts | $ 30,709 | Dongying Huanghekou Furniture Industry | 7.24% | $7,449.45 | Hongyang Wooden Co (D&J Group) | 216.01% | $66,334.51 | $135,860.92 | $58,885.06 |
| 03 | 11/24/2010 | 322-03866508 | 3 | OS2010084 | BRD | $ 16,015 | Dongying Huanghekou Furniture Industry | 7.24% | $3,607.19 | Hongyang Wooden Co (D&J Group) | 216.01% | $34,594.00 | $70,852.60 | $30,986.81 |
| 03 | 11/24/2010 | 322-03866524 | 2 | OS2010088 | BRD Deluxe (4D, 1 BX Version) and BRD and Various BRD Parts | $ 32,555 | Dongying Huanghekou Furniture Industry | 7.24% | $4,345.52 | Hongyang Wooden Co (D&J Group) | 216.01% | $70,322.06 | $144,027.88 | $65,976.54 |
| 03 | 12/3/2010 | 322-03930346 | 3 | OS2010091 | BRD Deluxe (4D, 1 BX Version) and Various BRD Parts | $ 15,430 | Dongying Huanghekou Furniture Industry | 7.24% | $3,725.27 | Hongyang Wooden Co (D&J Group) | 216.01% | $33,330.34 | $68,264.48 | $29,605.07 |
| 03 | 12/30/2010 | 322-04099976 | 1 | OS2010095 | BRD Deluxe (4D, 1 BX Version) and Various BRD Parts | $ 16,069 | Dongying Huanghekou Furniture Industry | 7.24% | $3,771.53 | Hongyang Wooden Co (D&J Group) | 216.01% | $34,710.65 | $71,091.51 | $30,939.12 |
| 03 | 1/7/2011 | M96-21009049 | 1 | OS2010098 | BRD Deluxe (4D, 1 BX Version) | $ 60,192 | Dongying Huanghekou Furniture Industry | 7.24% | $14,790.45 | Hongyang Wooden Co (D&J Group) | 216.01% | $130,020.74 | $266,297.83 | $115,230.29 |
| 03 | 1/17/2011 | M96-21009130 | 1 | SQ2010-019 | Portland Combo and 4D & Various Case Parts (Portland) | $ 94,304 | Dongying Huanghekou Furniture Industry | 7.24% | $6,827.61 | Shengquan Wooden Co | 216.01% | $203,706.07 | $417,214.10 | $196,878.46 |
| ADD was paid only on a portion of the merchanidse at the time of entry. | | | | | | | | | | | | | | |
| 03 | 6/9/2010 | ACN-30181034 | 2 | OS2010029 | BRD | $ 61,098 | Qingdao Hongyang Wooden | | 216.01% | $50,714.83 | Hongyang Wooden Co (D&J Group) | 216.01% | $131,977.79 | $270,306.11 | $81,262.96 |
| | | | | Value Totals: | | $2,630,863 | | | | Totals: | | $5,682,927.17 | $11,639,306.23 | $5,443,923.74 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Importer of Record (IOR): | | | LaJobi, Inc. | | | | | | | | | | |
| 2 | | IOR Number: | | | 26-204154000 | | | | | | | | | | |
| 3 | | Appraising Official: | | | /s/ Arash Enshaee, Import Specialst CST203 | | | | | | | | | | |
| 4 | | Supervisory Import Specialist: | | | /s/ Gary Melofchik, Branch Chief TOB2 | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | These are entries that fall before 12/23/08 | | | | | | | | | | | | | |
| 7 | Entry Type | Entry Date | Entry # | Lines | Invoice # | Mdse Subject to ADD | Entered Value (Declared) | Commercial Invoice From | ADD Rate Applied @ Time of Entry | ADD Collected @ Time of Entry [ADD Paid] | Actual Manufacturer | Correct ADD Rate | Total ADD Due | Domestic Value | Actual LOR |
| 8 | Duty was not applied at the time of entry. Duty should have been 7.24% or 216.01%. | | | | | | | | | | | | | | |
| 9 | 01 | 4/11/2008 | 322-40385826 | 1 | GEC0803011 | Hudson Lifestyle Guard/Bed Rails | $ 5,058 | Kunshan Geoby Paragon | 0.00% | $0.00 | Goodbaby Child Products | 216.01% | $10,925.79 | $22,377.30 | $10,925.79 |
| 10 | 01 | 4/26/2008 | 322-46373826 | 1 | OS2008007 | Christon 4D and Combo | $ 798 | Qingdao Hongyang Wooden | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $1,723.76 | $3,530.46 | $1,723.76 |
| 11 | 01 | 5/2/2008 | 322-48123823 | 1 | OS2008006 | Various Case Parts (Hampton, Kimberly, Christon) | $ 7,536 | China Rizhao Sanmu Woodworking | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $16,278.51 | $33,340.32 | $16,278.51 |
| 12 | 01 | 5/7/2008 | 322-50635821 | 1 | GEC0803030 | Hudson Lifestyle Guard/Bed Rails | $ 16,133 | Kunshan Geoby Paragon | 0.00% | $0.00 | Goodbaby Child Products | 216.01% | $34,848.89 | $71,374.65 | $34,848.89 |
| 13 | 01 | 5/7/2008 | 322-50635821 | 1 | 08BL06231027 | Various Case Pieces (Bookcase, Hutch, 5D Chest, Armoire, Combo) | $ 721 | Orient International Holding Shanghai Foreign Trade | 0.00% | $0.00 | Orient International Holding Shanghai Foreign Trade | 216.01% | $1,557.43 | $3,189.80 | $1,557.43 |
| 14 | 01 | 5/18/2008 | 322-54658829 | 1 | OS2008009 | Kendal Sample and Various Case Parts (Kimberly, Hampton) | $ 6,974 | Qingdao Hongyang Wooden | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $15,064.54 | $30,853.95 | $15,064.54 |
| 15 | 01 | 7/28/2008 | 322-31370480 | 5 | 08258US009-4 | Contempo Drawer Handles | $ 100 | Qingdao Liangmu | 0.00% | $0.00 | Liangmu Co | 7.24% | $7.24 | $150.14 | $7.24 |
| 16 | 01 | 7/31/2008 | 322-30988480 | 4 | OS2008018P | Various Case Parts (Kendal) | $ 2,400 | China Rizhao Sanmu Woodworking | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $5,184.24 | $10,617.94 | $5,184.24 |
| 17 | 01 | 7/31/2008 | 322-30988480 | 4 | OS2008018 | Kendal 4D | $ 24,332 | China Rizhao Sanmu Woodworking | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $52,559.55 | $107,648.17 | $52,559.55 |
| 18 | 01 | 8/1/2008 | 322-33653487 | 3 | OS2008020 | Kendal 4D | $ 1,896 | Qingdao Hongyang Wooden | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $4,095.55 | $8,388.17 | $4,095.55 |
| 19 | 01 | 11/18/2008 | 322-23728554 | 2 | OS2008033 | Kendal 4D | $ 24,486 | China Rizhao Sanmu Woodworking | 0.00% | $0.00 | Hongyang Wooden Co (D&J Group) | 216.01% | $52,892.21 | $108,329.49 | $52,892.21 |
| 20 | | | | | | | | | | | | | | | |
| 21 | Merchandise was entered with lower duty rate of 7.24% when it should have been 216.01%. | | | | | | | | | | | | | | |
| 22 | 03 | 4/16/2008 | 322-42441825 | 2 | OS2008005 | Christon Armoire | $ 2,908 | Qingdao Hongyang Wooden | 7.24% | $210.54 | Hongyang Wooden Co (D&J Group) | 216.01% | $6,281.57 | $12,865.40 | $6,071.03 |
| 23 | 03 | 5/19/2008 | 322-54667820 | 2 | OS2008012 | Kendal 4D | $ 96,380 | Qingdao Hongyang Wooden | 7.24% | $10,864.34 | Hongyang Wooden Co (D&J Group) | 216.01% | $208,190.44 | $426,398.61 | $197,326.10 |
| 24 | 03 | 5/29/2008 | 322-59038829 | 2 | OS2008011 | Kimberly 4D, Armoire, Combo and Christon Combo | $ 50,223 | China Rizhao Sanmu Woodworking | 7.24% | $3,636.15 | Hongyang Wooden Co (D&J Group) | 216.01% | $108,486.70 | $222,193.58 | $104,850.55 |
| 25 | 03 | 6/10/2008 | 322-63741822 | 3 | OS2008013 | Kendal 4D | $ 94,800 | China Rizhao Sanmu Woodworking | 7.24% | $6,863.52 | Hongyang Wooden Co (D&J Group) | 216.01% | $204,777.48 | $419,408.47 | $197,913.96 |
| 26 | 03 | 6/16/2008 | 322-65613821 | 3 | OS2008014 | Kendal 4D | $ 31,600 | China Rizhao Sanmu Woodworking | 7.24% | $2,287.84 | Hongyang Wooden Co (D&J Group) | 216.01% | $68,259.16 | $139,802.82 | $65,971.32 |
| 27 | 03 | 9/3/2008 | 322-45278489 | 3 | OS2008023 | Kendal 4D & Misc Parts | $ 20,232 | China Rizhao Sanmu Woodworking | 7.24% | $1,464.22 | Hongyang Wooden Co (D&J Group) | 216.01% | $43,703.14 | $89,509.20 | $42,238.92 |
| 28 | 03 | 9/30/2008 | 322-55512488 | 3 | OS2008026 | Kimberly 5D, Armoire and Combo | $ 55,203 | China Rizhao Sanmu Woodworking | 7.24% | $515.85 | Hongyang Wooden Co (D&J Group) | 216.01% | $119,244.00 | $244,225.80 | $118,728.15 |
| 29 | 03 | 10/16/2008 | 322-60947489 | 3 | OS2008028 | Kimberly Combo | $ 1,235 | China Rizhao Sanmu Woodworking | 7.24% | $1,613.58 | Hongyang Wooden Co (D&J Group) | 216.01% | $2,667.72 | $5,463.81 | $1,054.14 |
| 30 | 03 | 10/16/2008 | 322-60946487 | 2 | OS2008027 | Kimberly 5D, Armoire and Combo | $ 36,168 | China Rizhao Sanmu Woodworking | 7.24% | $2,618.56 | Hongyang Wooden Co (D&J Group) | 216.01% | $78,126.50 | $160,012.30 | $75,507.94 |
| 31 | 03 | 10/22/2008 | 322-63104484 | 3 | OS2008029 | Kimberly Armoire and Combo & Kendal 4D | $ 48,118 | China Rizhao Sanmu Woodworking | 7.24% | $3,483.74 | Hongyang Wooden Co (D&J Group) | 216.01% | $103,939.69 | $212,880.77 | $100,455.95 |
| 32 | 03 | 11/1/2008 | 322-67145483 | 2 | OS2008032 | Kimberly 5D, Armoire and Combo | $ 27,175 | China Rizhao Sanmu Woodworking | 7.24% | $1,967.47 | Hongyang Wooden Co (D&J Group) | 216.01% | $58,700.72 | $120,226.00 | $56,733.25 |
| 33 | 03 | 11/1/2008 | 322-67149485 | 2 | OS2008031 | Kimberly 5D, Armoire and Combo | $ 5,790 | China Rizhao Sanmu Woodworking | 7.24% | $419.20 | Hongyang Wooden Co (D&J Group) | 216.01% | $12,506.98 | $25,615.77 | $12,087.78 |
| 34 | 03 | 11/22/2008 | 322-24062557 | 2 | OS2008036 | Kimberly 5D, Armoire and Combo | $ 164,046 | China Rizhao Sanmu Woodworking | 7.24% | $11,876.93 | Hongyang Wooden Co (D&J Group) | 216.01% | $354,355.76 | $725,762.47 | $342,478.83 |
| 35 | 03 | 12/2/2008 | 322-28242551 | 2 | OS2008037 | Kimberly Combo, Armoire and 5D & Kendal 4D | $ 43,180 | China Rizhao Sanmu Woodworking | 7.24% | $3,126.23 | Hongyang Wooden Co (D&J Group) | 216.01% | $93,273.12 | $191,034.37 | $90,146.89 |
| 36 | | | | | | | | | | | | | | | |
| 37 | | | | | Value Totals: | | $ 767,492 | | | | Totals: | | $1,657,650.70 | $3,395,199.78 | $1,606,702.53 |