UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE RICHARD K. EATON, JUDGE

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No.  24-00196 |
| LAWRENCE BIVONA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT REQUESTING TO CONTINUE STAY**

Pursuant to the Court's January 29, 2026 Order directing the parties to file a joint status report on or before April 3, 2026, informing the court of the status of their discussions, the parties provide this update.

Mr. Bivona continues to gather documents and information necessary to facilitate settlement and provide the Government with various documents and information.  The Government previously reviewed these documents and information and identified gaps in the same. Defendant has been working diligently to fill those gaps, including, without limitation, retrieving records from the IRS and additional information requested by the Government. Since the date of the January 29, 2026 Order, a significant amount of additional information and documentation have been provided to the Government.

The parties request another 60-day stay of discovery to continue this process. Granting the stay will also conserve judicial resources.  The requested stay will not prejudice either party and is made solely to facilitate resolution efforts in an efficient and cooperative manner.

The parties respectfully propose to submit a joint status report on or before June 3, 2026, updating their progress toward settlement or to propose next steps in this case if a settlement is not reached.

WHEREFORE, the parties respectfully request that this motion be granted and that the Court continue the stay of discovery in this case for 60 days, including June 3, 2026.

|  | Respectfully submitted, |
|---|---|
| /s/ Daniel J. Reiter | BRETT A. SHUMATE |
| DANIEL J. REITER | Assistant Attorney General |
| Law Firm of Daniel J. Reiter, Esq. |  |
| 30th Wall Street, 8th Floor | PATRICIA M. McCARTHY |
| Suite 820 | Director |
| New York, NY 10005 |  |
| Phone: (646) 820-4011 | /s/ Franklin E. White, Jr. |
| Email: djr@djrattorney.com | FRANKLIN E. WHITE, JR. |
|  | Assistant Director |
| *Attorney for Defendant Lawrence Bivona* | /s/ Daniel A. Hoffman |
|  | DANIEL A. HOFFMAN |
|  | Trial Attorney |
|  | Commercial Litigation Branch |
|  | Civil Division |
|  | Department of Justice |
|  | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.C.  20044 |
|  | Phone: 202.598.7392 |
|  | Email: Daniel.A.Hoffman@usdoj.gov |
| April 2, 2026 | *Attorneys for Plaintiff* |