UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE RICHARD K. EATON, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Court No.  24-00196 |
| LAWRENCE BIVONA, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT REQUESTING TO CONTINUE STAY**

Pursuant to the Court's April 3, 2026 Order directing the parties to file a joint status report on or before June 3, 2026, informing the court of the status of their discussions, the parties provide this update.

Defendant Larry Bivona has provided to Plaintiff Government all documents and information necessary to facilitate settlement with the exception of the preparation of a form spreadsheet provided by the Government to Mr. Bivona designed to outline the loss of assets over period of years.

The parties request another 60-day stay of discovery to continue this process. Granting the stay will also conserve judicial resources.  The requested stay will not prejudice either party and is made solely to facilitate resolution efforts in an efficient and cooperative manner.

The parties respectfully propose to submit a joint status report on or before August 2, 2026, updating their progress toward settlement or to propose next steps in this case if a settlement is not reached.

WHEREFORE, the parties respectfully request that this motion be granted and that

the Court continue the stay of discovery in this case for 60 days, including August 2, 2026.

Respectfully submitted,

/s/ Daniel J. Reiter
DANIEL J. REITER
Principal Attorney
Law Firm of Daniel J. Reiter, Esq.
30th Wall Street, 8th Floor
Suite 820
New York, NY 10005
Phone: (646) 820-4011
Email: djr@djrattorney.com

*Attorney for Defendant Lawrence Bivona*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Daniel A. Hoffman
DANIEL A. HOFFMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Phone: 202.598.7392
Email: Daniel.A.Hoffman@usdoj.gov

*Attorneys for Plaintiff*

June 1, 2026